# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

147825

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PLYMOUTH TRAIL CONDOMINIUM
ASSOCIATION,
          Plaintiff-Appellee,

v

SC: 147825
COA: 314724
Wayne CC: 12-007049-AV

FRANCES V. GOUD,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



p0224

Clerk